NUMBER 13-02-401-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

HECTOR
VIRGILIO ZAMORA AND 

IRMA CANTU DE ZAMORA,                                                 Appellants,

 

                                                   v.

 

VALLEY
UROLOGICAL CLINIC, R. G. DEL 

VILLAR, M.D. AND MISSION
HOSPITAL, INC.,                        Appellees.

____________________________________________________________________

 

                         On appeal from the 93rd District Court

                                  of Hidalgo County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                   Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion Per Curiam

 








Appellants, HECTOR VIRGILIO ZAMORA AND IRMA CANTU DE ZAMORA, perfected an
appeal from a judgment entered by the 93rd District Court of Hidalgo County, Texas, in cause number C-891-00-B.  The clerk=s record was filed on July 15, 2002.  No reporter=s record was filed.   Appellants= brief was due on August 14, 2002.
To date, no appellate brief has been received

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On October 8, 2002,
notice was given to all parties that this appeal was subject to dismissal
pursuant to Tex. R. App. P. 38.8(a)(1).  Appellants were
given ten days to explain why the cause should not be dismissed for failure to
file a brief.  To date, no response has
been received.

The Court, having
examined and fully considered the documents on file, appellants= failure to file a
proper appellate brief, this Court=s notice, and
appellants= failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 27th
day of November, 2002